**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT — Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 2, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address): | | Case Number: |
|---|---|---|
| Jae Won Huh<br>3 Sunup<br>Irvine, CA 92603 | Young Mi Huh<br>3 Sunup<br>Irvine, CA 92603 | **8:10–bk–24102–ES** |
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor: fdba Tower Video 34<br><br>Joint Debtor: aka Young Mi Lee Huh, aka Young Mi Lee | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–2260<br>JDbt SSN: xxx–xx–9890 | |
| Attorney for Debtor(s) (name and address):<br>Young K Chang<br>3250 Wilshire Blvd Ste 1915<br>Los Angeles, CA 90010<br>Telephone number:  213–480–1050 | Bankruptcy Trustee (name and address):<br>James J Joseph (TR)<br>Danning, Gill, Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067–2904<br>Telephone number:  (310) 201–2404 | |

### Meeting of Creditors

Date:  **November 15, 2010**      Time:  **08:00 AM**
Location:  **411 W Fourth St., Room 3–110, Santa Ana, CA 92701**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: January 14, 2011**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number:  714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  October 4, 2010 |
| **(Form rev. 12/09:341–B9A)** | / |

## EXPLANATIONS   B9A (Official Form 9A)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

**−− Refer to Other Side for Important Deadlines and Notices −−**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: cperesC              Page 1 of 1                   Date Rcvd: Oct 04, 2010
Case: 10-24102                Form ID: b9a               Total Noticed: 26

The following entities were noticed by first class mail on Oct 06, 2010.
db/jdb       +Jae Won Huh,    Young Mi Huh,   3 Sunup,    Irvine, CA 92603-3759
aty          +Young K Chang,    3250 Wilshire Blvd Ste 1915,    Los Angeles, CA 90010-1609
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
27594854     +Bank of America,    c/o NCO Fin. Sys., Inc.,    P.O. Box 17080,    Wilmington, DE 19850-7080
27594852     +Bank of America,    c/o Client Services, Inc.,    3451 Harry Truman Blvd.,
               Saint Charles, MO 63301-4047
27594853      Bank of America,    c/o GC Services Limited Partnership,    6339 Gulfton,    Houston, TX 77081
27594863     +First Equity Card,    P.O. BOX 84075,    Columbus, GA 31908-4075
27594864     +First Equity Card,    c/o Eskanos & Adler Esq.,    2325 Clayton Road,    Concord, CA 94520-2104
27594867     +GE Money Bank,    c/o Arrow Financial Services,    P.O. Box 1022,    Wixom, MI 48393-1022
27594868      HSBC / SAKS,    P.O. Box 80053,    Stanton, CA 90680-1086
27594869     +JP Morgan Chase / WaMu,    31 St. James Avenue, 6th Floor,    Boston, MA 02116-4101
27594871      US Bank,    P.O. Box 6338,    Fargo, ND 58125-6338
27594874   ++++WELLS FARGO,    C/O CAVALRY PORTFOLIO,    7 SKYLINE DR STE 350,    HAWTHORNE NY 10532-2162
              (address filed with court: Wells Fargo,     c/o Cavalry Portfolio,    7 Skyline Dr., #3,
               Hawthorne, NY 10532)
27594872     +Wells Fargo,    c/o Faicollect Inc.,    P.O. Box 7148,    Bellevue, WA 98008-1148
27594875     +Western Financial Bank,    P.O. Box 348750,    Sacramento, CA 95834-8750

The following entities were noticed by electronic transmission on Oct 05, 2010.
tr           +EDI: QJJJOSEPH.COM Oct 05 2010 00:48:00      James J Joseph (TR),
               Danning, Gill, Diamond & Kollitz,    2029 Century Park East, 3rd Floor,
               Los Angeles, CA 90067-2901
smg           EDI: CALTAX.COM Oct 05 2010 00:43:00      Franchise Tax Board,    ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA  95812-2952
27594849      EDI: BANKAMER.COM Oct 05 2010 00:43:00      Bank of America,    P.O. Box 15026,
               Wilmington, DE 19850-5026
27594858     +EDI: BANKAMER.COM Oct 05 2010 00:43:00      Bank of America,    P.O. Box 45224,
               Jacksonville, FL 32232-5224
27594861     +EDI: CHASE.COM Oct 05 2010 00:48:00      Chase,    c/o Shedrick O. Davis III, Esq.,
               300 S. Grand Ave., - 4th Fl.,    Los Angeles, CA 90071-3109
27594859     +EDI: CHASE.COM Oct 05 2010 00:48:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
27594862     +EDI: CITICORP.COM Oct 05 2010 00:48:00      Citi,    P.O. Box 6000,    The Lakes, NV 89163-0001
27594866     +EDI: RMSC.COM Oct 05 2010 00:48:00      GE Money,    P.O. Box 981127,    El Paso, TX 79998-1127
27594870     +E-mail/Text: bnc@nordstrom.com                           Nordstrom,    P.O. Box 6555,
               Englewood, CO 80155-6555
27594876     +EDI: WFNNB.COM Oct 05 2010 00:43:00      WFNNB,    P.O. Box 182125,    Columbus, OH 43218-2125
27594873     +EDI: WFFC.COM Oct 05 2010 00:43:00      Wells Fargo,    P.O. Box 348750,
               Sacramento, CA 95834-8750
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27594850*      Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
27594851*      Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
27594855*     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
27594856*     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
27594857*     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
27594860*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
27594865*     +First Equity Card,    c/o Eskanos & Adler, Esq.,    2325 Clayton Rd.,    Concord, CA 94520-2104
                                                                                              TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                                      **Signature:**    _Joseph Speetjens_