IN THE UNITED STATES BANKRUPTCY COURT
For the CENTRAL DISTRICT of CALIFORNIA
SANTA ANA DIVISION

| In re: | ) | Chapter: 7 |
|---|---|---|
| Young Huh | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | Case Number: 10-24102-EAS |
| Debtor(s) | ) | [No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
   HSBC BANK NEVADA, N.A.
      SAKS

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

    HSBC BANK NEVADA, N.A.
    Bass & Associates, P.C.
    3936 E. Ft. Lowell Road, Suite #200
    Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/20/10
Account Number: ************9051

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
   Attorneys for Creditor
   HSBC BANK NEVADA, N.A.
   3936 E Ft Lowell Rd Suite 200
   Tucson, AZ  85712-1083
   (520) 577-1544
   ecf@bass-associates.com